# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| JERRY MANES, Reg. No. 526585, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4091-CV-C-NKL |
| ) | |
| DR. JACQUES LAMOUR, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On December 4, 2007, United States Magistrate Judge William A. Knox recommended that defendants' motion to dismiss be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of December 4, 2007, is adopted. [18] It is further

ORDERED that defendants' motion of July 26, 2007, to dismiss is denied. [12]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: March 3, 2008
Jefferson City, Missouri